1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL MAURICE CARTER,                 No.  2:15-cv-1381 KJN P

12              Plaintiff,

13       v.                                ORDER

14  SOLANO COUNTY SHERIFF'S
    OFFICE, et al.,
15
                Defendants.
16

17

18       Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19  U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

20  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22  certified copy of his prison trust account statement for the six month period immediately

23  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

24  provided the opportunity to submit a completed in forma pauperis application and a certified copy

25  in support of his application.

26       In accordance with the above, IT IS HEREBY ORDERED that:

27       1. Plaintiff shall submit, within thirty days from the date of this order, a completed

28  affidavit in support of his request to proceed in forma pauperis on the form provided;

     2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

     3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 6, 2015

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cart1381.3c+new